IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FRANK BOLEN, | Civil No. 2:20-CV-00335-SB |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's unopposed motion and supporting documents, it is hereby ORDERED that attorney's fees in the amount of $12,111.48 be awarded to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b). This amount offsets the previously awarded EAJA fee, so no further offset shall be applied.

IT IS SO ORDERED.

DATED this 13th day of December, 2021.

*/s/ Stacie F. Beckerman*

Hon. Stacie F. Beckerman
United States Magistrate Judge

Page 1     ORDER
           [2:20-CV-00335-SB]

Presented by:

Jeffrey H. Baird
Dellert Baird Law Offices, PLLC
6525 California Ave SW #101
Seattle, WA   98136
Telephone:  (206) 937-4112
FAX:  (360) 824-9371
jeffreyhbaird@comcast.net